**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SITNET LLC,

Plaintiff,

-against-

25 **CIVIL** 6185 (JAV)

**JUDGMENT**

META PLATFORMS, INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 17, 2026, Meta's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

November 18, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**